IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHIEVY JONES,

    Petitioner,

v.          CASE NO. 5:11-cv-0388-RS-GRJ

KENNETH TUCKER,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 2).  Petitioner's prison account information reflects that his average monthly deposits exceed $25.00. Thus, Petitioner has sufficient assets to pay the $5 habeas corpus filing fee.

Accordingly, it is **ORDERED:**

That Petitioner's motion for leave to proceed as a pauper, Doc. 2, is **DENIED**. Petitioner shall pay the $5.00 habeas corpus filing fee **on or before January 9, 2012.**

**DONE AND ORDERED** this 8th day of December 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge