IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHIEVY JONES,**

    Petitioner,

v.                                            CASE NO. 5:11-cv-388-RS-GRJ

**KENNETH TUCKER,**

    Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 4) and Petitioner's Objections (Doc. 6). I have considered Petitioner's objections de novo.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. § 2254.

3. The clerk is directed to close the case.

**ORDERED** on December 28, 2011.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**